

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2015

No. 04-15-00067-CR

Juan Gabriel **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 13-06-03428-ZCR
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

Appellant's third motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **July 22, 2015**. **No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court